FREDERICK A. MANN, Appellant, v. WALTER MAJOR, Individually and as Superintendent of Highways of the Town of Irondequoit, Monroe County, New York, Respondent.█— Judgment affirmed, with costs. We find adequate support in the evidence for the finding of the Special Term that defendant Schneeberger [predecessor of the defendant Major] has not, either as town superintendent of highways of the town of Irondequoit or individually, obstructed or changed the grade of any portion of Indian Trail avenue. All concur. (The judgment dismisses the complaint in an action to compel removal of obstruction from a private way leading to plaintiff's property.)

MARY MISAK, Appellant, v. AUGUSTUS THIBAUDEAU, Respondent.— Judgment affirmed, with costs, on the authority of *Adams* v. *Metropolitan St. R. Co.* (82 App. Div. 354); *Poland* v. *United Traction Co.* (107 id. 561); *Powers* v. *Conn. Co.* (82 Conn. 665); *Gargan* v. *West End St. R. Co.* (176 Mass. 106). All concur, except Sears, P. J., who dissents and votes for reversal on the law and for granting a new trial. (The judgment dismisses the complaint in an action for damages for neglect in the prosecution of an action.)

H. A. BRASSERT & COMPANY, Respondent, v. CITY OF LACKAWANNA and Others, Defendants, and CUTHBERT E. REEVES, Appellant.— Judgment affirmed, with costs. All concur. (The judgment restrains defendants from divulging certain information.)

A. GARSON GOLDSTEIN, Appellant, v. GOLDSTEIN'S, INCORPORATED, Respondent, Impleaded with JACOB H. GOLDSTEIN and Others, Defendants.— Interlocutory judgment affirmed, with costs. All concur. (The interlocutory judgment awards respondent title to realty and directs an accounting.)

JOHN G. SATTLER, INCORPORATED, Respondent, v. GEORGE W. WALTERS and Others, Individually and as Executors, etc., of JOHN P. RUPP, Deceased, and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion to vacate a deficiency judgment in a mortgage foreclosure action.)